– 0 –

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br>   v. <br> Freddy Oswaldo Ramirez Gamez <br>       Defendant. | 2:02-CR-110-RSWL-8 <br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*he will comply w/ conditions of release. Also, criminal history indicates danger.*

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*he will comply w/ conditions of release. Also, immigration status + lack of bail resources suggests risk of flight.*

IT IS ORDERED that defendant be detained.

DATED: 3/21/11

*S/ Segal*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE